1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Phillippe Eric Lucianna

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 PHILLIPPE ERIC LUCIANNA,       )  Case No.: 2:14-cv-08289-JCG
                                  )
12         Plaintiff,             )  ORDER AWARDING EQUAL
                                  )  ACCESS TO JUSTICE ACT
13     vs.                        )  ATTORNEY FEES AND EXPENSES
                                  )  PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting      )
   Commissioner of Social Security,)
15                                )
           Defendant              )
16 _____)

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $3,700.00 as
20
   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
   DATE:   November 10, 2015
22
                                    _____
23                                  THE HONORABLE JAY C. GANDHI
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3       /s/ *Steven G. Rosales*
        _____
4   Steven G. Rosales
    Attorney for plaintiff Phillippe Eric Lucianna
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26